UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08mj 740-POR |
| vs. | ) ) | ORDER |
| Becky Rivas, et al. | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. |

On order of the United States District/Magistrate Judge.  **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

Joe Alfredo Duran-Lopez

DATED: 4/ /08

RECEIVED _____ DUSM

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062